Same case below, 607 F.3d 1346.

**No. 10-6196. Stephen C. Johnson, Petitioner v. Roy A. Castro, Warden.**

562 U.S. 1012, 131 S. Ct. 525, 178 L. Ed. 2d 387, 2010 U.S. LEXIS 8589.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 373 Fed. Appx. 788.

**No. 10-6197. Kenyatta Latchison, Petitioner v. T. Felker, Warden.**

562 U.S. 1012, 131 S. Ct. 525, 178 L. Ed. 2d 387, 2010 U.S. LEXIS 8486.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 382 Fed. Appx. 542.

**No. 10-6207. Timothy M. Wilson, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1012, 131 S. Ct. 525, 178 L. Ed. 2d 387, 2010 U.S. LEXIS 8525.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-6209. Alexander Breytman, Petitioner v. Olinville Realty, LLC, et al.**

562 U.S. 1012, 131 S. Ct. 526, 178 L. Ed. 2d 387, 2010 U.S. LEXIS 8594.

November 1, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 70 App. Div. 3d 573, 893 N.Y.S.2d 872.

**No. 10-6212. Mark Berrios, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1012, 131 S. Ct. 526, 178 L. Ed. 2d 387, 2010 U.S. LEXIS 8524.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6213. Dewayne Jackson, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.**

562 U.S. 1012, 131 S. Ct. 526, 178 L. Ed. 2d 387, 2010 U.S. LEXIS 8518.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6220. Josiah E. Smith, Petitioner v. L. E. Scribner, Warden.**

562 U.S. 1012, 131 S. Ct. 526, 178 L. Ed. 2d 387, 2010 U.S. LEXIS 8630.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 672.